# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUMAN AZARIAH,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW CENTURY MORTGAGE CORPORATION, SAXON MORTGAGE SERVICES, INC., QUALITY LOAN SERVICE CORP. and DOES 1-25 inclusive.<br><br>        Defendants. | Case No.: CV09-03273 R (RCx)<br>*For all purposes assigned to the Honorable Manuel L. Real*<br><br>**JUDGMENT IN FAVOR OF DEFENDANT SAXON MORTGAGE SERVICES, INC.** |

Pursuant to the Court's Order granting Defendant, SAXON MORTGAGE SERVICES, INC.'S ("SAXON") Motion to Dismiss without leave to amend on June 15, 2009:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff , NAUMAN AZARIAH ("Plaintiff"), shall take nothing against Defendant SAXON, all of Plaintiff's causes of action against SAXON are

1  dismissed without leave to amend, and Judgment shall be entered in favor of
2  SAXON and against Plaintiff.
3
4     **IT IS SO ORDERED.**
5
6  Date: _June 17, 2009_          _____
7                                 The Honorable U.S. District Court Judge